UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENARO PURO LLC,

                Plaintiff,

      -against-

POSHMARK, INC.; WALMART, INC.,

              Defendants.

25-CV-3098 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 19, 2025, the Court: (1) vacated the order granting IFP status to Denaro Puro, LLC; and (2) directed Jamaal Russ, within 30 days, to pay the $405.00 in fees; and (3) stated that if Russ failed to comply within the time allowed, the action would be dismissed without prejudice. Russ did not pay the filing fee as directed. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    February 4, 2026
          New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
               Chief United States District Judge