UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENARO PURO LLC,

              Plaintiff,

      -against-

POSHMARK, INC.; WALMART, INC.,

              Defendants.

25-cv-3098 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 4, 2026, order, the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 17, 2026
           New York, New York

           /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
         Chief United States District Judge